DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

Criminal No. 18-00022-NLH

JOSEPH KELLEY

SENTENCING SUBMISSION NOTICE OF
DEFENDANT

DEFENDANT.

Please be advised that, on this date, defendant JOSEPH KELLEY

submitted sentencing materials to the Court in this case.

Date: May 31, 2019

By: _____

A. HAROLD KOKES